UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 21-9149 MWF (SKx)** | Date: January 31, 2022 |
| Title | **Rohlig USA, LLC v. The Jobes Company, et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on November 22, 2021. (Docket No. `). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on February 22, 2022.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **FEBRUARY 22, 2022**.

- ■ BY PLAINTIFF: PROOFS OF SERVICE of Summons and Complaint on Defendants.

Any request by Plaintiff for an extension of time beyond the time limit set forth in Fed. R. Civ. P. Rule 4(m) will only be granted upon a showing of good cause, including, but not limited to, the date service was tendered to a process server and the date service was first attempted by the process server. Failure to timely file Proofs of Service, or request an extension of time to do so, will result in the dismissal of this action on **February 23, 2022.**

AND/OR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-9149 MWF (SKx)**                                                    Date:  January 31, 2022

Title         **Rohlig USA, LLC v. The Jobes Company, et al.**

- ■ BY DEFENDANTS:  RESPONSES TO THE COMPLAINT ("Response") by Defendants, or an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

    OR

- ■ BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT as to Defendants who have not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **February 22, 2022** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm