UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    **CV 21-9149-MWF(SKx)**                    **Dated: April 1, 2022**

Title:         Rohlig USA, LLC -*v*- The Jobes Company, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

        Rita Sanchez                          None Present
        Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

        None Present                          None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

        In light of the Notice of Settlement [14] filed March 29, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for May 9, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

        IT IS SO ORDERED.

MINUTES FORM 90                          Initials of Deputy Clerk   __rs__
CIVIL - GEN