JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ROHLIG USA LLC, | ) Case No. CV 21-9149 MWF (SKx) |
| Plaintiff, | ) **ORDER OF THE COURT FOR DISMISSAL AND COURT RETENTION OF JURISDICTION FOR ENFORCEMENT OF THE SETTLEMENT AGREEMENT** |
| vs. | ) |
| THE JOBE'S COMPANY; EASY GARDENER INC., | ) |
| Defendants. | ) |

This Court Orders the Entry of the Dismissal of the Entire Action with Prejudice.

Further, it is the Order of this Court that this Honorable Court shall retain jurisdiction to enforce the Terms of the Settlement Agreement.

It is so Ordered.

Dated: May 9, 2022

MICHAEL W. FITZGERALD
United States District Judge

1

4867-7983-1323.2